## SIMPSON v. STATE.
### No. 26399.

Court of Criminal Appeals of Texas.
April 29, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant waived a jury and pleaded guilty to the charge of possessing whisky for the purpose of sale in a dry area. His punishment was assessed by the court at a fine of $400.

No statement of facts is found in the record, and there are no bills of exception for our consideration.

The judgment is affirmed.

## WILLIS v. STATE.
### No. 26410.

Court of Criminal Appeals of Texas.
April 29, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Drunk driving is the offense; the punishment, a fine of $50.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for our consideration.

The judgment of the trial court is affirmed.

Opinion approved by the Court.